# Court of Appeals
# of the State of Georgia

ATLANTA, March 27, 2026

*The Court of Appeals hereby passes the following order:*

## A26D0386. CORNELIA G. MOORE et al v. LOCAL HOMES, LLC.

Local Homes, LLC filed in magistrate court a dispossessory action against Cornelia Moore and Francis Moore ("Defendants"). After the magistrate court entered a default judgment awarding possession of the property to Local Homes and issued a writ of possession, Defendants filed a petition for review to superior court. Following a hearing, the superior court entered an order on February 23, 2026, affirming the default judgment and writ of possession and ordering Defendants to pay rent pending any appeal. On March 3, 2026, Defendants filed this application for discretionary appeal seeking review of the superior court's February 23 order and all previous orders. We, however, lack jurisdiction.

Appeals in dispossessory actions, including applications for discretionary review, must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56(b)(1); *Stubbs v. Local Homes, LLC*, 375 Ga. App. 513, 516–17 (915 SE2d 91) (2025). The deadlines for filing applications for discretionary review are jurisdictional, and this Court cannot accept an application not made in compliance with the applicable deadline. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57)

(1989). Because Defendants filed this application eight days after entry of the superior court's order, it is untimely and is therefore DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta, _____03/27/2026_____

       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

       *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.